# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jose Luis Plaza, Jr.**<br>DOB: 1989; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>21-07535MJ |

Complaint for violation of Title 18, United States Code, Section 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 17, 2021, in the District of Arizona, **Jose Luis Plaza, Jr.** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 31,000 rounds of TulAmmo 7.62x39mm caliber ammunition and 9,000 rounds of TulAmmo .223 Rem 55 gr FMJ caliber ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On December 17, 2021, **Jose Luis Plaza, Jr.** attempted to exit the United States and enter the Republic of Mexico through the Port of Entry in Nogales, Arizona, in a vehicle of which he was the driver and sole occupant. Customs and Border Protection officers observed boxes in the rear passenger area of the vehicle. When officers attempted to inspect the vehicle, **Plaza** accelerated at a high rate of speed and drove the vehicle toward Mexico in attempt to flee from inspection. **Plaza** struck another vehicle within the Port of Entry before coming to a stop. Upon inspection of the vehicle **Plaza** was driving, officers found 40 boxes of ammunition containing a total of 31,000 rounds of TulAmmo 7.62x39mm caliber ammunition and 9,000 rounds of TulAmmo .223 Rem 55 gr FMJ caliber ammunition.

After being advised of and waiving his *Miranda* rights, **Plaza** stated to officers that he was taking the ammunition into Mexico at the direction of another individual, and that he expected to be paid $1,000 to drive the vehicle containing the ammunition from the United States into Mexico. **Plaza** admitted he did not have a license to export the ammunition and that he knew it was illegal to do so.

The ammunition **Plaza** smuggled and intended to export to Mexico is designated on the United States Commerce Control List as prohibited by law for export from the United States into Mexico without a valid license. Neither **Plaza** nor any other individual involved in the attempted export of the ammunition had a license or any other lawful authority to export it from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>**ANGELA WOOLRIDGE** *Digitally signed by ANGELA WOOLRIDGE Date: 2021.12.19 20:40:29 -07'00'*<br>AUTHORIZED AUSA *Angela W. Woolridge*<br><br>Sworn by telephone  x | SIGNATURE OF COMPLAINANT<br><br>**DAVID A ARMENTA** *Digitally signed by DAVID A ARMENTA Date: 2021.12.20 07:16:03 -07'00'*<br><br>OFFICIAL TITLE<br>HSI Special Agent David A. Armenta |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*/s/ Jacqueline M. Rateau* | DATE<br>December 20, 2021 |

[1)] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54